UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GARY A. TOWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:05-cv-170-WGH-DFH |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Memorandum Decision and Order entered on this date, the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED.**

**Entered:** 07/27/2006

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Stuart Barasch
sbarasch1@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov